PD-0456-15

PD-0456-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/22/2015 1:54:38 PM
Accepted 4/23/2015 9:48:08 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS
NO. _____**

**CONTINA FELICIA MEANS**
Appellant,

V.

**THE STATE OF TEXAS**

On Appeal from the
County Criminal Court at Law
No. 11 of Harris County, Texas
Trial Cause Number 1916493

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

CONTINA MEANS, Petitioner in the above cause number, would respectfully request this Court to grant his motion to extend the time to file her petition for discretionary review. In support of said motion, Ms. Means would show unto the Court the following:

I.

This appeal lies from Ms. Means' conviction in *The State of Texas v. Contina Felicia Means,* Cause Number 1916493 in County Criminal Court at Law No. 11 of Harris County, Texas. Ms. Means was charged with the misdemeanor offense of theft. Ms. Means was convicted by a jury and sentenced by the trial court to one hundred eighty (180) days in the Harris County Jail, probated for one (1) year. Ms.

Means' conviction was affirmed on March 31, 2015, by the Fourteenth Court of Appeals in Cause No. 14-14-00211-CR. Ms. Means' Petition for Discretionary Review is due May 1, 2015. This is Ms. Means' first request for an extension to file the petition for discretionary review.

## II.

Ms. Means' attorney of record, Daucie Schindler, is requesting an extension of time in order to further evaluate the issue involved in the case. An extension of time is necessary so that the petition for discretionary review can be timely filed and undersigned counsel can properly consult with Ms. Means. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for thirty days and extend the time for filing the petition until June 1, 2015.

Respectfully submitted,

Alexander Bunin
Chief Public Defender


/s/ Daucie Schindler
Daucie Schindler
State Bar No. 24013495
Harris County
Public Defender's Office
Assistant Public Defender
1201 Franklin 13th Floor
Houston, Texas 77002
Daucie.Schindler@pdo.hctx.net
Tel:  713-368-0016
Fax:  713-368-9278

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing instrument was this day electronically served on counsel for the State and by mailing same to the following parties on this the 22nd day of April, 2015:


Mr. Allen Curry
Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711


/s/ Daucie Schindler
Daucie Schindler